UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KIM J. MCGAUGHEY, </br> </br> Plaintiff, </br> vs. </br> </br> MICHAEL J. ASTRUE, Acting Commissioner of the Social Security Administration, </br> </br> Defendant. | 1:05-cv-1160-SEB-JMS |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Kim J. McGaughey is not entitled to Disability Insurance Benefits based on his application filed on May 2, 2002, is **REVERSED AND REMANDED** to the Commissioner for further proceedings consistent with the Entry issued this day.

This is a "sentence four" remand pursuant to 42 U.S.C. § 405(g).


Date: 03/13/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

J. Paul Palguta
PALGUTA & HESSELGRAVE
gutalaw@comcast.net